AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 24 MAG 2322 |
| Michael Julien Haskins | ) | |
| | ) | Charging District: Superior Court D. of Columbia |
| *Defendant* | ) | Charging District's Case No. 2019 FD2 010062 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: 500 Indiana Ave.  N.W. Superior Court District of Columbia Washington DC | Courtroom No.: |
|---|---|
| | Date and Time: 6/25/2024 12:00 am |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 06/18/2024

Judge's signature

James L. Cott, U.S.M.J.
*Printed name and title*